# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### MIDLAND/ODESSA DIVISION

**KNIGHT SPECIALTY
INSURANCE COMPANY,**
    *Plaintiff,*

§
§
§
§
§
§
§
§
§
§
§

**MO:24-CV-00280-DC**

**v.**

**ALEJANDRO LUGO, JR., et al.**
    *Defendants.*

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of United States Magistrate Judge Ronald C. Griffin (Doc. 63) concerning Plaintiff's Motion for Default Judgment (Doc. 58). The Report and Recommendation was issued on January 9, 2026, pursuant to 28 U.S.C. § 636(b) and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas. Since that time, no objections have been filed. This Court therefore reviews the Report and Recommendation for clear error or conclusions that are contrary to law. Finding none, this Court **ADOPTS** the Report and Recommendation and **GRANTS** the Motion for Default Judgment.

A final judgment will issue subsequent to this order.

It is so **ORDERED**.

SIGNED this 26th day of January, 2026.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE